# United States Court of Appeals
## For the First Circuit

No. 21-1545

UNITED STATES

Appellee,

v.

RICARDO A. VILLA-GUILLEN,

Defendant, Appellant

**ERRATA SHEET**

The opinion of this Court issued on May 17, 2024 is amended as follows:

On page 30, line 12, "fallowing" is replaced with "allowing"